*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-----------------------------------------------------X

*In Re:*                                                          ORDER OF DISMISSAL
                                                                          FOR
**Laurels of Fallsburg LLC**                        *FAILURE TO PROSECUTE*
                                                                 *BANKRUPTCY APPEAL*


-----------------------------------------------------X                26-CV-00984 KMK

FROM:   VITO GENNA, CLERK
             UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF NEW YORK

TO:      TAMMI M. HELLWIG, CLERK
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK

IN RE: Laurels of Fallsburg LLC                    BANKRUPTCY CASE: **25-B-35887 (KYP)**
DATE OF FILING NOTICE OF APPEAL: 12/01/2025
BANKRUPTCY DOCUMENT #: 25

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

   X  FRBP 8009
____ Federal Rules of Civil Procedure (Rule _____)
____ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
____ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **February 4, 2026**                          Vito Genna, Clerk
             New York, New York                       U.S. Bankruptcy Court, SDNY

                                                            By:        Gwen Kinchen
                                                                         Deputy Clerk

ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated February 19, 2026                          _____
             New York, New York                       Judge, United States District Court


I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____         Tammi M. Hellwig, Clerk
                                                                    District Court, SDNY

                                                            By: _____
                                                                     Deputy Clerk